# COURT OF ERRORS AND APPEALS.

NOVEMBER TERM, 1853.

———

JOHN P. RICH, Appellant, and THE RECEIVERS OF THE NEW HOPE DELAWARE BRIDGE Co., Respondents.

The case in Chancery is reported *ante*, page 648.

*P. I. Clark* and *A. Wurts* for the Appellant.

*P. D. Vroom* for the Respondent.

The decree of the Chancellor was unanimously affirmed.